# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NOUBAR NALBANDIAN,** | ) NO. CV 04-9156-MAN |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| **MICHAEL J. ASTRUE,** **Commissioner of the** **Social Security Administration,** | ) |
| Defendant. | ) |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed, and Judgment is entered in favor of Defendant.

DATED: July 27, 2007.

/s/
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE